# Exhibit A

| | CIVIL DOCKET NO. | **Trial Court of Massachusetts** |
|---|---|---|
| **Summons** | 1983CV01139 | **The Superior Court** |

| CASE NAME:<br>Baron, Serge vs. Jetblue Airlines | Robert S. Creedon, Jr. | Clerk of Courts |
|---|---|---|
| | Plymouth | County |
| vs.      Plaintiff(s)<br>Serge Baron | COURT NAME & ADDRESS:<br>Plymouth Superior Court<br>72 Belmont Street<br>Brockton, MA 02301 | |
| Defendant(s)<br>Jetblue Airlines | | |

THIS SUMMONS IS DIRECTED TO **Jetblue Airlines** (Defendant's name)

<u>You are being sued.</u> The Plaintiff(s) named above has started a lawsuit against you. A copy of the Plaintiff's Complaint filed against you is attached to this summons and the original complaint has been filed in the  Plymouth Superior  Court.
**YOU MUST ACT PROMPTLY TO PROTECT YOUR RIGHTS.**

1. <u>**You must respond to this lawsuit in writing within 20 days.**</u>

If you do not respond, the court may decide the case against you and award the Plaintiff everything asked for in the complaint. You will also lose the opportunity to tell your side of the story. You must respond to this lawsuit in writing even if you expect to resolve this matter with the Plaintiff. **If you need more time to respond, you may request an extension of time in writing from the Court.**

2. **How to Respond.**

To respond to this lawsuit, you must file a written to response with the court **and** mail a copy to the Plaintiff's Attorney (or the Plaintiff, if unrepresented). You can do this by:

    a) Filing your **signed original** response with the Clerk's Office for Civil Business,  Plymouth Superior  Court 72 Belmont Street, Brockton, MA 02301    (address), by mail or in person **AND**

    b) Delivering or mailing a **copy** of your response to the Plaintiff's Attorney/Plaintiff at the following address:

3. **What to Include in Your Response.**

An "Answer" is one type of response to a Complaint. Your Answer must state whether you agree or disagree with the fact(s) alleged in each paragraph of the Complaint. Some defenses, called affirmative defenses, must be stated in your Answer or you may lose your right to use them in court. If you have any claims against the Plaintiff (referred to as **counterclaims**) that are based on the same facts or transaction described in the Complaint, then you must include those claims in your Answer. Otherwise, you may lose your right to sue the Plaintiff about anything related to this lawsuit. If you want to have your case heard by a jury, you must **specifically** request a jury trial in your court no more than 10 days after sending your Answer.

A true copy Attest:

Joseph P Curry

Deputy Sheriff Suffolk County

10-29-19

3 (cont). You can also respond to a Complaint by filing a **"Motion to Dismiss,"** if you believe that the complaint is legally invalid or legally insufficient. A Motion to Dismiss must be based on one of the legal deficiencies or reasons listed under **Mass. R. Civ. P. 12**. If you are filing a Motion to Dismiss, you must also comply with the filing procedures for "Civil Motions" described in the rules of the Court in which the complaint was filed, available at:

www.mass.gov/courts/case-legal-res/rules_of_court

### 4. Legal Assistance.

You may wish to get legal help from a lawyer. If you cannot get legal help, some basic information for people who represent themselves is available at www.mass.gov/courts/selfhelp.

### 5. Required Information on All Filings:

The "civil docket number" appearing at the top of this notice is the case number assigned to this case and must appear on the front of your Answer or Motion to Dismiss. You should refer to yourself as the "Defendant."

Witness Hon. Judith Fabricant _____ , Chief Justice on _____ , 20_____ . (Seal)

Clerk-Magistrate _____

Note: The number assigned to the Complaint by the Clerk-Magistrate at the beginning of the lawsuit should be indicated on the summons before it is served on the Defendant.

---

### PROOF OF SERVICE OF PROCESS

I hereby certify that on _____ . I served a copy of this summons, together with a copy of the complaint in this action, on the defendant named in this summons, in the following manner (See Mass. R. Civ. P. 4(d)(1-5)):

_____

_____

_____

Dated: _____     Signature: _____

**N.B. TO PROCESS SERVER:**

　　　　**PLEASE ENTER THE DATE THAT YOU MADE SERVICE ON THE DEFENDANT IN THIS BOX - BOTH ON THE ORIGINAL SUMMONS AND ON THE COPY OF THE SUMMONS SERVED ON THE DEFENDANT.**

Date:

rev. 1/2019

| CIVIL TRACKING ORDER (STANDING ORDER 1- 88) | DOCKET NUMBER 1983CV01139 | Trial Court of Massachusetts The Superior Court |
|---|---|---|

| CASE NAME: Baron, Serge vs. JetBlue Airlines | Robert S. Creedon, Jr., Clerk of Courts |
|---|---|
| TO: JetBlue Airlines | COURT NAME & ADDRESS Plymouth County Superior Court - Brockton 72 Belmont Street Brockton, MA 02301 |

### TRACKING ORDER - F - Fast Track

You are hereby notified that this case is on the track referenced above as per Superior Court Standing Order 1-88. The order requires that the various stages of litigation described below must be completed not later than the deadlines indicated.

| STAGES OF LITIGATION | | | DEADLINE |
|---|---|---|---|

| | SERVED BY | FILED BY | HEARD BY |
|---|---|---|---|
| Service of process made and return filed with the Court | | 01/21/2020 | |
| Response to the complaint filed (also see MRCP 12) | | 02/20/2020 | |
| All motions under MRCP 12, 19, and 20 | 02/20/2020 | 03/23/2020 | 04/21/2020 |
| All motions under MRCP 15 | 02/20/2020 | 03/23/2020 | 04/21/2020 |
| All discovery requests **and depositions** served and non-expert depositions completed | 08/18/2020 | | |
| All motions under MRCP 56 | 09/17/2020 | 10/19/2020 | |
| Final pre-trial conference held and/or firm trial date set | | | 02/15/2021 |
| Case shall be resolved and judgment shall issue by | | | 10/22/2021 |

**The final pre-trial deadline is <u>not the scheduled date of the conference</u>.** You will be notified of that date at a later time.

**Counsel for plaintiff must serve this tracking order on defendant before the deadline for filing return of service.**

This case is assigned to

| DATE ISSUED 10/23/2019 | ASSISTANT CLERK | PHONE (508)583-8250 |
|---|---|---|

# CIVIL ACTION COVER SHEET

**DOCKET NUMBER**

**Trial Court of Massachusetts**
**The Superior Court**

PLAINTIFF(S): SERGE BARON
ADDRESS: 489 BATTLES FARM DRIVE
Brockton MA 02301

COUNTY

DEFENDANT(S): DIRECTOR OF HUMAN RESOURCES
JETBLUE

ATTORNEY:
ADDRESS:

ADDRESS: 300 TERMINAL C
BOSTON, MA 02128

BBO:

## TYPE OF ACTION AND TRACK DESIGNATION (see reverse side)

CODE NO. B22

TYPE OF ACTION (specify) Employment Discrimination (F)

TRACK

HAS A JURY CLAIM BEEN MADE?
[X] YES  [ ] NO

*If "Other" please describe:

## STATEMENT OF DAMAGES PURSUANT TO G.L. c. 212, § 3A

The following is a full, itemized and detailed statement of the facts on which the undersigned plaintiff or plaintiff counsel relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

### TORT CLAIMS
(attach additional sheets as necessary)

A. Documented medical expenses to date:
1. Total hospital expenses ............................................................... $ _____
2. Total doctor expenses ................................................................ $ _____
3. Total chiropractic expenses ......................................................... $ _____
4. Total physical therapy expenses ................................................... $ _____
5. Total other expenses (describe below) ........................................... $ _____
   Subtotal (A): $ _____

B. Documented lost wages and compensation to date ................................ $ _____
C. Documented property damages to dated .......................................... $ _____
D. Reasonably anticipated future medical and hospital expenses ................ $ _____
E. Reasonably anticipated lost wages ................................................. $ _____
F. Other documented items of damages (describe below) .......................... $ _____

G. Briefly describe plaintiff's injury, including the nature and extent of injury:

Lumbar Spine Injury and 8 months of
physical Therapy

TOTAL (A-F):$ 1,500,000

### CONTRACT CLAIMS
(attach additional sheets as necessary)

Provide a detailed description of claims(s):

I was wrongfully TERMINATED whiling still
UNDER FMLA. THIS was a PREMEDITATED TERMINATION
FROM JETBLUE DUE TO MY INJURY.

TOTAL: $

Signature of Attorney/Pro Se Plaintiff: X  SERGE BARON

Date: 10/23/17

RELATED ACTIONS: Please provide the case number, case name, and county of any related actions pending in the Superior Court.

## CERTIFICATION PURSUANT TO SJC RULE 1:18

I hereby certify that I have complied with requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods of dispute resolution.

Signature of Attorney of Record: X

Date:

# COMMONWEALTH OF MASSACHUSETTS
## TRIAL COURT OF THE COMMONWEALTH

1983CV01139

Plymouth, ss

Docket No: _____

SERGE BARON
**Plaintiff(s)**

vs.

JETBLUE AIRWAVES
**Defendant(s)**

## COMPLAINT

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

Dated: _____

*Serge Baron*
**Signature**
489 BATTLES FARM DR.
**Street Address**
Brockton Ma 02301
**City/Town/State/Zip**
617 938 1468
**Telephone No.**

# COMPLAINT

## FACTS

SERGE BARON, brings suit against the Defendant JetBlue Airlines (hereinafter referred to as "Defendant"), and in support thereof state as follows:

Serge Baron (the "Plaintiff") a former employee of JetBlue Airlines (the "Defendant") that work as Ground Operation. On June 25, 2017 Serge Baron was injured while on the job. Serge Baron injury affected his sleep, has numbness on the right side of my body and was on medication that does not allow operating a vehicle. JetBlue Airlines was notify of Serge Baron injury and limitations upon its happening.

On or about October 2017 Serge Baron went on FMLA for his injury. On February 19, 2018, Serge Baron was called into a meeting with his superiors. In the meeting Serge Baron was questioned about Serge's injury and disability in details. Serge felt uncomfortable with this line of questioning because my medical reasons should be discuss with just anybody. JetBlue Airlines (the "Defendant") was aware of my disability and had received the appropriate documentation and had no need to have any reason to have Serge Baron discuss his health with just anyone.

Serge Baron express his discomfort and excuse himself the meeting. When Serge Baron returned home Serge saw he had received an email that morning notifying him that FMLA had been revoked and Serge had until March 11th, 2018 to see a doctor and get reapproved. This action was unprompted and pre-text to seek retaliation against Serge Baron due no reason was giving. Serge Baron promptly filed an internal complaint on March 17th, 2018, in response to the February 19th, 2018 meeting and continuing harassment from JetBlue Airlines superiors concerning information on my disability. Serge Baron had enquired about his complaint on multiple occasions and has not been notified or no action was taking on Serge's complaint.

Serge Baron was reapproved for FLMA on March 12, 2018. On or around April 2018, Serge injury was still persisting and Serge went to see his doctor. Serge doctor suggested light duty; Serge presented JetBlue Airlines with the accommodation and Serge was denied. Serge was aware light duty on JetBlue Airlines (the "Defendant") wasn't base off who really needs light duty a favoritism base off who had a great relationship with supervisors. Rather than accommodating Serge Baron was taken off the schedule. Serge Baron applied for disability and was out of work from May 4th, 2018 until August 1st, 2018. During Serge Baron time on disability it was an on going to battle to receive compensation. Despite the persistence of Serge Baron injury, Serge could not continue to not work for financial reason. On July 11th, 2018 Serge Baron went to his doctor asking to be release against doctor orders to return back to work due to financial reasons.

## ABOUT SERGE BARON

JetBlue Airlines (the "Defendant") hired Serge Baron (the "Plaintiff") on or about November 4th, 2015 as a Ground Operation Crewmember. Serge has held that position until Serge was fired on Wednesday August 8th, 2018 after five days returning from On The Job injury. Serge was retaliated against and fired because of my work injury and complaints. Serge was out of work due to lumbar spine injury for about 73 days from May 4th, 2018 until my return Wednesday August 1st, 2018. Serge was and still am attending physical therapy (8 Visits) 2 Per Week for 4 Weeks (Exhibit E).

## COMPLAINANT'S EMPLOYMENT WITH JETBLUE

### A. Serge Immediate Dependability And Performance Problem

JetBlue Airlines (the "Defendant") has a two for one point system that they use with their employees. The point work from the time you receive an occurrence (i.e, calling out of work with or without cause), a year from the date the occurrence is remove. Half point is you arrive to work late and full point is for a call out within 31 minutes prior to your shift, two for one is when you call out two days in row, which count as one.

While it is accurate JetBlue Airlines (the "Defendant") list my LOC (Letters of Conversation) that were document by my supervisors that never affected my performance to complete the duties, Serge always surpasses the jobs objective. LOC (Letters of Conversation) were conversation to help not make the same mistake again, that doesn't mean Baron was in trouble.

### B. Serge Suffer An On-The-Injury.

On June 25th, 2017, Serge did suffer an on-the-job injury. Serge Baron (the "Plaintiff") was attending physical therapy (Exhibit E).

On October 11th, 2017 Serge did file for intermittent FMLA leave when I couldn't continue with my back pain in connection with the June 2017 injury.

### C. Serge's Dependability And Performance Between August 2017 and January 2018.

Baron's call out were documented and approved by FLMA (Exhibit B).

### D. In February 2018, JetBlue Questions Serge About His Pattern of Absences,

A meeting was held on February 19th, 2018 with Serge Baron (the "Plaintiff") and JetBlue Airlines (the "Defendant") Supervisors (Diana Marcela and Michael Fiske), Michael Fiske acknowledge that he knew that Serge was approved for FMLA and it

within Serge's right not to disclose my reason. All Serge call outs were approved by FMLA with dates and conformation attached (Exhibit B). Serge Baron (the "Plaintiff") was approved for intermittent leave and has been approved until the Federal Family and Medical Leave Act (FMLA) from October 10th, 2017 through April 10, 2018 (Exhibit F). Serge re-submitted his recertification on or about March 12th, 2018 and Serge was approved again (Exhibit G).

### E. In March 2018, Baron Complains About The February 2018 Meeting

Serge Baron (the "Plaintiff") submitted a letter to JetBlue Airlines (the "Defendant") People Department express about how the February 19th, 2018 meeting went and wasn't to please with Serge supervisor approach. Never once in Serge's letter mention the meeting is or could be represent as retaliation for taking FMLA leave (Exhibit H).

### F. In or Around April 2018, Serge Request A Light Duty/Transitional Duty Position.

Serge Baron (the "Plaintiff") doctor did submit a Light Duty request in or around April 2018, Serge at the time was going thru aggressive physical therapy and taking pain medication. Serge Baron (the "Plaintiff") was a full time JetBlue Airlines (the "Defendant") employee but JetBlue minimum requirement is 32 hours to be a full-time. Serge was never advised he was not eligible to participate in the Light Duty program.

### G. JetBlue Airlines (the "Defendant") Provided Baron with a leave of absence pursuant to the company's Workers' Compensation Policy Between May And July 2018.

Serge Baron (the "Plaintiff") advised by Lori Owen a People Department employee of JetBlue Airlines (the "Defendant") on Friday May 4th, 2018 that Serge was being taking off the schedule. In or March 2018 Serge was already pursuant to the Workers' Compensation Policy.

It's accurate that it states Progressive Guidance is "frozen" via the JetBlue Airlines (the "Defendant") employee handbook whiling on leave of absence.

1. JetBlue Airlines (the "Defendant") didn't allowed Serge to return to his original or equivalent position (i.e Utilities – Servicing of Aircraft Water and Lavatory).

2. JetBlue six-month clock didn't stop running during the time Serge was out of work.

3. In or Around June 2018 Serge was set to Bid (i.e The process for submitting selections for work shifts) and Lori Owens explain in an email to Serge that Per

policy we conduct these bids at least 21 days in advance for Active Crewmembers. According to Serge the six month never stop because he was set to Bid in or Around June 2018 at 11:32 am (Exhibit I).

### H. In July 2018, Serge never Committed Leave Abuse By Refusing To Return to Work.

Serge Baron (the "Plaintiff") did submit a note by his orthopedic on July 11th, 2018 to JetBlue People Department. Serge never submitted a return-to-work form because JetBlue never provide one. Serge had to ask Lori Owen (People Department) about the return to work form because Baron read about it in the employee handbook (Exhibit J). Serge never refused not to come back to work, Serge ask his orthopedic to be released back to work. Serge's worker compensation had stop and Serge had no source of income, which cause him to return back to work whiling going thru aggressive therapy.

Baron did terminated the phone conversation with Alvarez (People Department) because Alvarez communication over the phone was becoming hostile, Baron proceed in an email requesting all communication be documented via email.

### I. On August 1, 2018, Jessica Alavarez JetBlue Airlines (the "Defendant") Human Resources employee Meets With Baron About Dependability Issues.

Upon returning back to work Serge Baron (the "Plaintiff") met with Jessica Alvarez on August 1st, 2018 with Kendrick Thompson JetBlue Airlines (the "Defendant") supervisor being there as witness. Alvarez started to ask Baron about things (i.e Dj) outside of JetBlue, which Serge found uncomfortable and unprofessional. Serge doesn't know Jessica Alavarez JetBlue Airlines (the "Defendant") Human Resources employee outside of JetBlue and Serge Baron (the "Plaintiff") realize that his safety is in jeopardy. Serge took the appropriate steps to protect his safety. Serge Baron (the "Plaintiff") sent an email to Jessica Alvarez and CC Kendrick Thompson but Serge kept all communication strictly professional requesting all conversation be email base only (Exhibit K)

It was Serge understanding after the meeting with Jessica Alavarez his safety and employment was in jeopardy. Serge did sent an email on the evening of Saturday August 4th, 2018 stating Jessica Alvarez actions were very inappropriate and Jessica Alvarez was acting in STALKER-ish manner (Exhibit L). Baron did file a police report (Exhibit D) because Baron didn't feel safe. Baron proceed that following Monday August 6th, 2018 to get a restraining order (Exhibit D) against Jessica Alvarez because her action were deem to be unethical.

### K. On August 8, 2018, Serge Baron was Suspended And Terminated in Retaliation on Saturday August 11th, 2018.

Serge Baron (the "Plaintiff") suffers a Lumbar Spine Fracture from an On-The-Job injury. Serge obtained a restraining order against Jessica Alavarez; Serge brought the

restraining order into work on Wednesday August 8th, 2018 and Kendrick Thompson JetBlue Airlines (the "Defendant") supervisor made a copy of it. Serge Baron (the "Plaintiff") termination was a Pre-Text situation setup due to Serge on the job injury. .

## THE COMPLIANT RESPECTFULLY SUBMITTED DUE TO SERGE BARON BEING SUBJECT TO DISCRIMINATION BECAUSE OF THE ON-THE-JOB INJURY OR ANY PROTECTED CLASS.

Serge Baron (the "Plaintiff") has provided evidences to show JetBlue Airlines (the "Defendant") developed misleading fabrication to wrongfully terminate my employment. JetBlue Airlines (the "Defendant") employee handbook states they are equal employment opportunity employer but not in the case of Serge Baron (the "Plaintiff") situation. In or Around June 2018 Serge Baron (the "Plaintiff") was schedule to bid (i.e Bid- The process for submitting selections for work shifts) JetBlue Airlines (the "Defendant") explain to me I was inactive status due to my on-the-job injury. Upon my return to work on Wednesday August 1st, 2018 on JetBlue Airlines (the "Defendant") information board (Exhibit I) Baron was schedule to bid which JetBlue never inform Serge Baron (the "Plaintiff").

Serge Baron (the "Plaintiff") absences were medical related and approved by FMLA until August 18th, 2018 (Exhibit M).

Serge Baron (the "Plaintiff") always kept a strict professional business relationship with Jessica Alavarez JetBlue Airlines (the "Defendant") Human Resources employee via email. Serge Baron (the "Plaintiff") did refuse further conversation to be prohibited via phone and strictly email, Serge Baron (the "Plaintiff") never acted in unprofessional manner.

Serge Baron (the "Plaintiff") Wrongfully terminated because of an On-The-Job, which result as Lumbar Spine Fracture. Serge Baron (the "Plaintiff") sustained mental anguish, emotional pain and suffering and other damages arising out of this On-The-Job Injury. Thru the Grace of God and my family I was able to maintain until I can get this resolve.

Pray For Relief

**WHEREFORE**, Serge Baron (the "Plaintiff") pray for judgment and relief against **JetBlue Airlines (the "Defendant")**, as Serge Baron (the "Plaintiff") requested for his case to be heard in front of a judge Local, State or Federal.

Awarding compensatory damages in favor of plaintiffs against Defendant for the damages sustained as a result of the wrongful conduct alleged and as will be established through discovery and/or at trial, together with interest thereon. Granting declaratory and/or injunctive relief as appropriate. Granting restitution to plaintiffs and, such other and further relief as the Court may deem just and proper.

Jury is requested for Serge Baron Trial.

Respectfully submitted,


SERGE BARON

Serge R. Baron

489 Battles Farm Drive

Brockton Ma, 02301

(617) 938-1468

sergebaron1985@gmail.com

# Exhibit A

 Gmail                                    Serge Baron <sergebaron1985@gmail.com>

## Re: Airports Blue Book Supplement Chapter 9 Bidding (July 25rd, 2018 6:09pm EST)
2 messages

**Serge Baron <sergebaron1985@gmail.com>**                    Wed, Jul 25, 2018 at 6:09 PM
To: "Alvarez, Jessica" <Jessica.Alvarez@jetblue.com>
Cc: michael.fiske@jetblue.com

Jessica,

I will be returning on Monday July 30th, 2018 with the shift 1330 – 2200 M,T off. When I try to login to the uniform store it says Oh Snap! Crew Member ID currently inactive... You said in the previous email to contact you if I have an issue. Let me know when this matter is fix.

Thanks

Sent from my iPhone

On Jul 24, 2018, at 5:52 PM, Alvarez, Jessica <Jessica.Alvarez@jetblue.com> wrote:

> Serge,
>
> You have not responded to my question as to which of the available three scheduling options you would like to choose. Instead, you responded to my email with either questions or statements.
>
> When we spoke on the phone last Wednesday, I reviewed our policies and explained that a Crewmember who has not had an opportunity to bid because of a leave of absence is assigned a line out of those that remain. You did not allow me to explain during our call on Wednesday that your previous shift no longer exists due to operational needs. Instead, you stated that the conversation was over and proceeded to hung up the phone. Then you emailed asking for all communication to be in writing.
>
> We have exercised the caring value by giving you extra time to

# Exhibit B

CONFIRMATION: DATES: FMLA

Between October 2017 to May 2018

1463199761 10/30 Jetblue
1463269866 11/05 Jetblue
1463324990 11/12 JetBlue
1463362376 11/16 JetBlue
1464104122 11/19 JetBlue
1464194241 12/03 JetBlue
1464329393 12/18 JetBlue
1465079242 12/31 JetBlue
1465080572 01/01 JetBlue
1465139220 01/07 JetBlue
1465229827 01/14 JetBlue
1465292231 01/21 JetBlue
1465421013 02/04 JetBlue
1465491272 02/11 JetBlue
1465558190 02/18 JetBlue
1465627291 02/25 JetBlue
1465715553 03/04 JetBlue

1465854620 03/17 JetBlue
1465899157 03/22 JetBlue
1465923625 03/25 JetBlue
1466001514 04/03 JetBlue
1466349291 04/08 JetBlue
1466417995 04/15 JetBlue
1466438340 04/17 JetBlue
1466486464 04/23 JetBlue
1466522379 04/26 JetBlue
1466581367 04/30 JetBlue

1466594772 05/01 JetBlue

# Exhibit C

From: Serge Baron

To: Lori.Owen@jetblue.com

Hide  

**Return to WORK LETTER from Serge Baron**

July 12, 2018 at 1:51 PM

Good Afternoon,

I have attached a letter in this email for Serge Baron to
return back to work.

Thanks



        

---

Found in sergebaron1985@gmail.com All Mail Mailbox          📁

**From: Lori Owen**
RE: Return to WORK LETTER from Serge Baron          Hide          🔟
To: Serge Baron
July 12, 2018 at 2:29 PM

Hi Serge, I just forward your letter to WC Team in LSC.  Once I hear back, I will give you a call.

See More from Serge Baron          ↰

---

Found in sergebaron1985@gmail.com All Mail Mailbox          📁

**From: Lori Owen**
RE: Return to WORK LETTER from Serge Baron          Hide          🔟
To: Serge Baron
July 13, 2018 at 4:31 PM

Hi Serge, I haven't forgot about you.  I just sent a 3rd email to WC Team and still haven't heard back.  I will hopefully close this matter with them no later than this Monday.

I apologize for any inconvenience this has caused.

Lori

See More from Serge Baron          ↰

---

Found in Important Mailbox          📁

🅟  **Siri found new contact info**          ⊗

⚑          📁          🗄          ↰          ✎

# Exhibit D

**From: Lori Owen**
RE: Return to WORK LETTER from Serge Baron        Hide        🔟
**To:** Serge Baron
July 13, 2018 at 4:31 PM

Hi Serge, I haven't forgot about you. I just sent a 3rd
email to WC Team and still haven't heard back. I will
hopefully close this matter with them no later than
this Monday.

I apologize for any inconvenience this has caused.

Lori

See More from Serge Baron        ↩

Found in Important Mailbox        🗀

  🔵  **Siri found new contact info**        ⊗
    Lori Owen  add...

**From: Lori Owen**
RE: Return to WORK LETTER from Serge Baron        Hide        🔟
**To:** Serge Baron
July 18, 2018 at 10:58 AM

Hi Serge, I was finally able to get in contact with
Michelle and your all set to return back to work
ASAP. I apologize about the delay, our jetblue email
system recently went through a update and their
emails were sent but never delivered. Please give
me a call ASAP 617-716-3530 to discuss your bid
line options.

related injury and she is mentally abusing me. I would like this stop so I can continue with my life. I want her to stay away from me.

**Print This Report**



**This incident has been reported to the
Brockton Police Department
and is pending approval**

Brockton Police Department
7 Commercial St.
Brockton, MA 02302
508-941-0200

## General Information

| | |
|---|---|
| Incident Type | Harassing Phone Calls |
| Tracking Number | T18000386 |
| Report Date | 08/03/2018 08:07 PM |

## Reporting Person Information

| | |
|---|---|
| Name | Baron, Serge R |
| Home Address | 489 Battles Farm Drive, Brockton, MA 02301, US |
| Home Phone | 617-938-1468 |
| Mobile Phone | 617-938-1468 |
| Email | sergebaron1985@gmail.com |
| Employer Name | JetBlue |
| Work Address | 300 Terminal C, Boston, MA 02128, US |
| Work Phone | 617-716-3535 |
| Race | Unknown |
| Ethnicity | Not Of Hispanic Origin |
| Sex | Male |
| DOB | 12/27/1985 |
| SSN | ██████ |

## Incident Information

| | |
|---|---|
| Incident Location | 300 Terminal C, Boston, MA 02128 |
| Incident Time (start) | 08/01/2018 02:30 PM |
| Incident Time (end) | 08/01/2018 03:00 PM |
| Location Type | Other/Unknown |

## Narrative

Incident Description

Jessica F. Alvarez (617)-716-3578 is harassing me and stalking me. I don't feel safe at work. Jessica has created an hostile bully filled work environment. She is stalking me knowing time and places I will be at. She is stalking me on social media platforms. I am scared because during a meeting she was describing places I was at that wasn't pertaining to my work at JetBlue. On Sunday July 29th she describe a location I was at between the hours of 7pm-11pm. She has put me at an unease feeling to be around her. This person has intimidated and threatened my job on numerous occasion with the last incident being on Wednesday August 1st 2018. I'm actually considering to delete my social media platforms because she stalking me too much. I'm returning from a work

# Brockton Police Department
# Online Reporting

 

**Harassing Phone Calls**

| Start | > | Yourself | > | Incident | > | Narrative | > | Review | > | Finish |

**Cancel Report   Submit Report**

## Review Report

Please review the report. If all the information is correct, click the Submit button to submit the report. If you need to modify some information, click the desired modify link. This will be your last chance to change information for this report.

## General Information

| Incident Type | Harassing Phone Calls |
| Person Type | Individual |

## Reporting Person Information   modify

| First Name | Serge |
| Middle Name | R |
| Last Name | Baron |
| Home Address | 489 Battles Farm Drive, Brockton, MA 02301, US |
| Home Phone | 617-938-1468 |
| Mobile Phone | 617-938-1468 |
| Email | sergebaron1985@gmail.com |
| Employer Name | JetBlue |
| Work Address | 300 Terminal C, Boston, MA 02128, US |
| Work Phone | 617-716-3535 |
| Race | Unknown |
| Ethnicity | Not Of Hispanic Origin |
| Sex | Male |
| DOB | 12/27/1985 |
| SSN | ███████ |

| | |
|---|---|
| **Incident Information** | **modify** |
| Incident Location | 300 Terminal C, Boston, MA 02128 |
| Incident Time (start) | 08/01/2018 02:30 PM |
| Incident Time (end) | 08/01/2018 03:00 PM |
| Location Type | Other/Unknown |

| | |
|---|---|
| **Narrative** | **modify** |
| Incident Description | Jessica F. Alvarez is harassing me and stalking me. I don't feel safe at work. Jessica has created an hostile bully filled work environment. She is stalking me knowing time and places I will be at. She is stalking me on social media platforms. I am scared because during a meeting she was describing places I was at that wasn't pertaining to my work at JetBlue. On Sunday July 29th she describe a location I was at between the hours of 7pm-11pm. She has put me at an unease feeling to be around her. This person has intimidated and threatened my job on numerous occasion with the last incident being on Wednesday August 1st 2018. I'm actually considering to delete my social media platforms because she stalking me too much. I'm returning from a work related injury and she is mentally abusing me. I would like this stop so I can continue with my life. |

Session expires in 29:28.

**Cancel Report  Submit Report**

Copyright © 2018 LexisNexis. Terms & Conditions | Privacy Policy

| HARASSMENT PREVENTION ORDER G.L. c.258E | DOCKET NO. 1815RO571 | MASSACHUSETTS TRIAL COURT |
|---|---|---|

| PLAINTIFF NAME: SERGE BARON | | COURT NAME & ADDRESS: BROCKTON DISTRICT COURT 215 MAIN STREET SUITE 141 BROCKTON, MA 02301 |
|---|---|---|

DEFENDANT NAME AND ADDRESS:

JESSICA ALVAREZ
1 HARBORSIDE DRIVE
EAST BOSTON, MA 02128
WORK ADDRESS

ALIAS, IF ANY

DATE OF BIRTH

SEX ☐ Male ☒ Female

PLACE OF BIRTH

SOCIAL SECURITY NO.

DAYTIME PHONE NO.

**VIOLATION OF THIS ORDER IS A CRIMINAL OFFENSE punishable by imprisonment or fine or both.**

**A.** THE COURT HAS ISSUED THE FOLLOWING ORDERS TO THE DEFENDANT: (only those items checked shall apply)

☐ This Order was issued without advance notice because the Court determined that there is a substantial likelihood of immediate danger of

☐ This Order was communicated by telephone from the Judge named below to:

Police Dept. _____ Police Officer _____

☒ 1. YOU ARE ORDERED NOT TO ABUSE THE PLAINTIFF by harming or attempting to harm the Plaintiff physically or by placing the Plaintiff in fear of imminent serious physical harm. YOU ARE ALSO ORDERED NOT TO HARASS THE PLAINTIFF (1) by any wilful and malicious conduct aimed at the Plaintiff and intended to cause fear, intimidation, abuse or damage to property, or (2) by using force, threat or duress to make the Plaintiff engage in sexual relations unwillingly, or (3) by committing any of the following: indecent assault and battery, rape, statutory rape, assault with intent to rape (G.L. c.265,§§ 13B, 13F, 13H, 22, 22A, 23, 24, 24B), enticing a child (§26C), criminal stalking (§43), criminal harassment (§ 43A), or drugging for sexual intercourse (G.L. c.272, §3).

☒ 2. YOU ARE ORDERED NOT TO CONTACT THE PLAINTIFF either in person, by telephone, in writing or otherwise, either directly or through someone else, and to stay at least ___10___ yards from the plaintiff even if the Plaintiff seems to allow or request contact. The only exception to this order is that you may send to the Plaintiff by mail or by sheriff or other authorized officer copies of papers filed with the court when that is required by statute or court rule.

☒ 3. YOU ARE ORDERED TO REMAIN AWAY FROM THE PLAINTIFF'S RESIDENCE located at:
499 BATTLES FARM DRIVE - BROCKTON MA
and wherever else you have reason to know the Plaintiff may reside.
☐ If this box is checked, you are also ORDERED to remain away from the entire apartment building or multiple family dwelling in which the Plaintiff's residence is located.

☐ 4. YOU ARE ORDERED TO REMAIN AWAY FROM THE PLAINTIFF'S WORKPLACE located at:
JETBLUE - 708 TERMINAL C - BOSTON MA
and wherever else you have reason to know the Plaintiff may work.

☐ 5. YOU ARE ORDERED TO COMPENSATE THE PLAINTIFF for $ _____ in losses suffered as a direct result of the harassment, to be paid in full on or before _____, 20_____ ☐ by mailing directly to the plaintiff ☐ through the Court.
☐ 6. _____

**B.** NOTICE TO LAW ENFORCEMENT:

1. An appropriate law enforcement officer shall serve upon the Defendant in hand a copy of the Complaint and a Certified copy of this Order (and Summons) and make return of service to this court. If this box is checked, ☐ service may instead be made by leaving such copies at the Defendant's address shown above but only if the police officer is unable to deliver such copies in hand to the Defendant.

2. Defendant Information Form accompanies this Order. ☐ 3. Police reports are on file at the _____ P.D.

☐ 4. Outstanding warrants for the Defendant's arrest. PCF No. ___ Docket No(s). ___

☐ 5. An imminent threat exists of bodily injury to the Plaintiff. P.D. notified by ☐ telephone ☐ other

| DATE OF THIS ORDER 5/8/18 | TIME OF THIS ORDER 4/5 | EXPIRATION OF THIS ORDER 5/20/19, At 4 PM | SIGNATURE OF JUDGE |
|---|---|---|---|

NEXT HEARING DATE: 5/20/19 at 4:00 PM. In Courtroom ___

FIRST OR CHIEF JUSTICE

WITNESS: Hon. JULIE J. BERNARD

A TRUE COPY ATTEST

CLERK-MAGISTRATE/ASST. CLERK: KEVIN P. CREEDON

The Plaintiff shall appear at the indicated hearing(s). If the Order still issues, the Defendant may appear, with or without an attorney, to oppose any modification or continuation of this Order. The Defendant does not appear and this Order may be extended or modified by the Judge. For good cause, either the Plaintiff or the Defendant may request the Court to modify this Order before the scheduled expiration date. NOTICE TO DEFENDANT: If the Plaintiff is a member of the Defendant's family or household, the Judge of this Court may render an order pursuant to the general laws. In person, purchase and/or possession of a firearm ID card or license while this order is in effect is a federal crime, subject to certain exceptions. 18 U.S.C. §§ 922(g) and 924.

# Exhibit E

# HD*i* Health Direct, Inc.

P.O. Box 315734
Dallas, TX 75254
Toll Free: (877) 428-3606
Fax: (877) 428-3606

August 22, 2018

Amanda Driscoll PT
445 Central St.
Stoughton, MA 02072
781-436-8554

| | |
|---|---|
| Patient Name: | SERGE BARON |
| DOB: | 12/27/1985 |
| Employer: | Jetblue Airways Corporation |
| Date of Injury: | 06/25/2017 |
| Claim Number: | 555241328 |
| Payor/Handling Office: | AIG-Atlanta |

### Subject: Utilization Review Determination

| | |
|---|---|
| Date of Request: | 08/16/2018 |
| Procedure/Treatment: | Physical Therapy: (8 Visits) 2 times |
| Date of Decision: | 08/22/2018 |
| First Level Reviewer: | Lee E. Bernstein, RN |
| School-to-School Reviewer: | Stephen W Pallotti, PT, Physical |
| Criteria Applied: | MA – Chronic Pain Treatment G |

Massachusetts workers' compensation insurers are required to und
provided to injured workers in accordance with the utilization revi

HealthDirect, Inc. (HDI) is a Utilization Review Agent #76-055, lice
Department of Industrial Accidents. HDI has been requested by AIG
healthcare services regarding the above claimant.

HDI is issuing an adverse determination for medical necessity
the following:

Please reference enclosed report

You have the right to appeal this determination
Please fax your appeal request to the Utilization
above address.

HealthDirect, Inc. is not a claims payor a
considered by claims services when de

Sincerely,

Utilization Review Department

CC: Seward Esq. Karol

# Exhibit F

||||||||||||||||||||||||||||||||||||||||||||||||||

Sedgwick
PO BOX 14454
Lexington, KY 40512-4454

**sedgwick**

jetBlue | **BlueBenefits**
**Phone:** (844) 341-8632
**Fax:** (844) 282-7036
**Web** http://claimlookup.com/JetBlue
**Email:** claiminfo@sedgwick.com

October 25, 2017

Serge Baron
52 Connell Drive
Stoughton, MA 02072

RE:     JetBlue
        **Approval of Intermittent Leave**
        **Case Number: 301787638560001JFN**

Dear Serge Baron:

You have reached out to us requesting a leave of absence. Sedgwick is JetBlue's administrator for leaves of absence such as Short Term Disability (STD), Family and Medical Leave Act (FMLA), and leaves of absence required by state law. This notice provides important information regarding your request to take FMLA due to a serious health condition that makes you unable to perform the essential functions of your job.

We have reviewed your request for intermittent leave and have approved your leave under the Federal Family and Medical Leave Act (FMLA) from **October 10, 2017 through April 10, 2018.**

The certification allows for the following frequency and duration:

Absences for the Condition: 2 episode(s) per 1 Month(s) with each episode lasting up to 1 Day(s)
Absences for Treatments: 1 episode(s) per 1 Month(s) with each treatment lasting up to 1 Day(s)          

**Actions Required:**

1.  **End of Approval** —This approval will expire on April 10, 2018, and you will need to provide an updated and fully completed certification form prior to the expiration date if an extension is needed. (Pilots or Inflight can use up to 72 days of unpaid FMLA leave in a 12-month period calculated as a "rolling" 12 month period measured backward from the date of any FMLA leave usage. All other Crewmembers can use up to 12 weeks of unpaid FMLA leave in a 12-month period calculated as a "rolling" 12 month period measured backward from the date of any FMLA leave usage.) Failure to provide updated information supporting the need for ongoing leave may result in the denial of FMLA coverage.

2.  **Intermittent Absence Time Reporting** – You are required to report all intermittent absences by calling Sedgwick's Absence Reporting Line at (844) 341-8632 and selecting option2 for leave, within 7 days of the date the absence occurs. Finally, you are required to report your intermittent absences in accordance with your location procedures.

Since this is intermittent leave, you are required to report any time taken under the FMLA to your Crewleader as soon as practicable.

||||||||||||||||||||||||||||||||||||||||||||||||||

# Exhibit G



Sedgwick
PO BOX 14454
Lexington, KY 40512-4454

**sedgwick.**

jetBlue | **BlueBenefits**

March 12, 2018

Phone: (844) 341-8632
Fax: (844) 282-7036
Web http://claimlookup.com/JetBlue
Email: claiminfo@sedgwick.com

Serge Baron
52 Connell Drive
Stoughton, MA 02072

RE:   **JetBlue**
      **Approval of Intermittent Leave**
      **Case Number: 301787638S60001IFN**

Dear Serge Baron:

You have reached out to us requesting a leave of absence. Sedgwick is JetBlue's administrator for leaves of absence such as Short Term Disability (STD), Family and Medical Leave Act (FMLA), and leaves of absence required by state law. This notice provides important information regarding your request to take FMLA due to a serious health condition that makes you unable to perform the essential functions of your job.

We have reviewed your request for intermittent leave and have approved your leave under the Federal Family and Medical Leave Act (FMLA) from **October 19, 2017 through August 18, 2018.**

The certification allows for the following frequency and duration:

Absences for the Condition: 12 episode(s) per 1 Month(s) with each episode lasting up to 1 Day(s)
Absences for Treatments: 12 episode(s) per 1 Month(s) with each treatment lasting up to 1 Day(s)

**Actions Required:**

1. <u>**End of Approval**</u>–This approval will expire on August 18, 2018, and you will need to provide an updated and fully completed certification form prior to the expiration date if an extension is needed. (Pilots or Inflight can use up to 72 days of unpaid FMLA leave in a 12-month period calculated as a "rolling" 12 month period measured backward from the date of any FMLA leave usage. All other Crewmembers can use up to 12 weeks of unpaid FMLA leave in a 12-month period calculated as a "rolling" 12 month period measured backward from the date of any FMLA leave usage.) Failure to provide updated information supporting the need for ongoing leave may result in the denial of FMLA coverage.

2. <u>**Intermittent Absence Time Reporting**</u> – You are required to report all intermittent absences by calling Sedgwick's Absence Reporting Line at (844) 341-8632 and selecting option2 for leave, within 7 days of the date the absence occurs. Finally, you are required to report your intermittent absences in accordance with your location procedures.

Since this is intermittent leave, you are required to report any time taken under the FMLA to your Crewleader as soon as practicable.



# Exhibit H

**From:** Serge Baron 

**To:** jessica.alvarez@jetblue.com　　　　　Hide

**Cc:** Serge Baron

## Serge Baron 97924 (Compliant Letter)

March 16, 2018 at 12:26 PM

🗁 Found in Receipts Mailbox

**Good Afternoon Jessica,**

In this email you will find I have attached my compliant letter in this email. If you have any question please don't hesitate to contact via email or phone (617) 938-1468.

Thank You,

Serge Baron

*W*

Letter to HR.docx
156 KB

March 16th, 2018

Jessica F. Alvarez
Crew Relations Team

JetBlue
Logan International Airport
300 Terminal C
Boston, Ma 02128

To the Department of Human Resources,

I am writing this letter file a complaint against Diana
Marcela Munera and Michael Fiske. The meeting I had
with Marcela and Michael on February 19th, 2018 was not a
pleasant meeting all, I was being discriminated and
intimidated of my job security. I feel like my work
environment has becoming hostile because of my approve
FMLA.

The meeting that was held on Monday February 19th,
2018 Marcela was asking me to provide him with specific
reason of my call out and I felt like I didn't need to speak to
her or Michael of my medical issue. If Marcela or Michael
isn't helping me find a solution to heal whiling I go thru
this difficult moment, I would like them to leave me alone
about this matter. Again I was called into Marcela office on
Wednesday March 7th, 2018 to provide me a letter restating
about the same matter and this time she included about shift
trades. Shift trade is something that JetBlue provide to their
entire crewmembers by roster apps and again I felt single
out. I do not like it not one bit and it has been bothering me
for a few days now. This amount of energy they have
invested into my schedule should be put into on how to
prevent people from getting injured for further endeavors.
I injured my back on Sunday June 25th, 2017 and

I injured my back on Sunday June 25th, 2017 and without the help of the company, I took the proper steps to protect myself. On the same day after I return from the hospital the company ask if I wanted to stay and continue my shift. No consideration or compassion for my injury. Information was very limited from JetBlue and with no time to recover I had to take actions into my own hand. I only apply for FMLA in October because my back pain is unbearable to maintain a full day of activities. I feel it utterly disrespectful for the same day I have the meeting with Marcela and Michael to check my email and find my FMLA has been REVOKED.

That meeting felt like it was bully and intimidation meeting because I receive an approve FLMA. The entire meeting was the operational coverage or critical coverage was being impacted. I didn't have anyone there for me when I was injured and currently ongoing treatment till this day. I will not tolerate this type of quit pro quo if I wasn't on FLMA I would be on Final Warning speech.

I trust this is not the way JetBlue operates as a company nor treats their employees. I have been with the company almost 3 years now and never encountered such treatment before. I would welcome the opportunity to discuss matters further and to learn of how JetBlue purpose to prevent a similar situation from recurring. I look forward to hearing from you.


Yours faithfully,

Serge Baron

# Exhibit I

LIVE

## GO Full Time

| # | Name | EID | Bid Seniority | BID TIME |
|---|------|-----|---------------|----------|
| 1 | Miller, Chris | 65184 | 8/15/2002 | 8:00 |
| 2 | Johnson, Elizabeth A | 18655 | 1/12/2004 | 8:02 |
| 3 | Mercado, Joseph | 51776 | 3/8/2004 | 8:04 |
| 4 | Guillama, David | 72999 | 3/10/2005 | 8:06 |
| 5 | Palladino, William | 54296 | 2/3/2005 | 8:08 |
| 6 | Guillama, Steven | 79832 | 3/3/2005 | 8:10 |
| 7 | Chepoures, John | 33975 | 6/22/2005 | 8:12 |
| 8 | Bard, Paul | 62036 | 8/3/2005 | 8:14 |
| 9 | Battle, Kevin | 73844 | 10/24/2005 | 8:16 |
| 10 | Mendoza, Jaime | 15198 | 10/24/2005 | 8:18 |
| 11 | McGonigle IV, James | 96093 | 10/24/2005 | 8:20 |
| 12 | Chapman, Bradley | 87532 | 10/24/2005 | 8:22 |
| 13 | Jones, Charles | 76464 | 1/4/2006 | 8:24 |
| 14 | Pacheco, Richard | 13227 | 1/18/2006 | 8:26 |
| 15 | Petrola, Richard | 36105 | 3/16/2006 | 8:28 |
| 16 | Ubiera, Victor | 75654 | 3/28/2006 | 8:30 |
| 17 | Berglund, William | 90414 | 4/21/2006 | 8:32 |
| 18 | Duggan, Vincent | 34069 | 6/21/2006 | 8:34 |
| 19 | Cryer, Roger | 28652 | 6/20/2007 | 8:36 |
| 20 | Sikes, Bill | 79839 | 11/28/2007 | 8:38 |
| 21 | Guarino, Sal | 6345 | 12/12/2007 | 8:40 |
| 22 | Mack, Travis | 93515 | 1/23/2008 | 8:42 |
| 23 | Boncek, David | 59569 | 5/28/2008 | 8:44 |
| 24 | Peguero, Sucre | 3202 | 12/8/2008 | 8:46 |
| 25 | Cahill, Bill | 30696 | 1/7/2009 | 8:48 |
| 26 | Jarvis, Richard | 16679 | 2/18/2009 | 8:50 |
| 27 | Piccuito, Michael | 10072 | 3/4/2009 | 8:52 |
| 28 | Guillen, Domingo | 9685 | 4/1/2009 | 8:54 |
| 29 | Rodriguez Jr, Eddie | 14283 | 8/19/2009 | 8:56 |
| 30 | McSharry, James | 89154 | 9/9/2009 | 8:58 |
| 31 | Morris, Bill | 14415 | 12/9/2009 | 9:00 |
| 32 | Rabideau, Michael | 33376 | 12/9/2009 | 9:02 |
| 33 | Pichon, Mike | 7498 | 12/9/2009 | 9:04 |
| 34 | Sibney, Tracy | 25482 | 3/10/2010 | 9:06 |
| 35 | Hidalgo, Yasmar | 60037 | 3/10/2010 | 9:08 |
| 36 | Sikes, Patrick | 63818 | 3/10/2010 | 9:10 |
| 37 | Warren, Matthew | 53568 | 3/31/2010 | 9:12 |
| 38 | Paulino, Jorge | 96597 | 10/6/2010 | 9:14 |
| 39 | Stone, Craig | 96340 | 12/8/2010 | 9:16 |
| 40 | Macam, Freddie | 60384 | 12/8/2010 | 9:18 |
| 41 | Mendoza, Victor | 96570 | 12/8/2010 | 9:20 |
| 42 | Bradley, David | 58843 | 2/16/2011 | 9:22 |
| 43 | Penta, Jess | 78950 | 2/16/2011 | 9:24 |
| 44 | Penney, Peter | 94167 | 6/29/2011 | 9:26 |
| 45 | Chrzanowski, Jan | 37064 | | |
| 46 | Walsh, Sean P | 2117 | | |
| 47 | Dawson, Wendell | 46006 | | |
| 48 | Duperrier, Robinson | 38529 | | |
| 49 | Estime, Nahomie | 54073 | | |
| 50 | Camlik, Alper | 94618 | | |
| 51 | Gaglione, Jason | 59166 | | |
| 52 | Sullivan, Daniel | 68545 | | |
| 53 | Preytis, Charles | 90753 | | |
| 54 | D Onfro, Christine | 53792 | | |
| 55 | Ramos, Joseph M | 17617 | | |
| 56 | Sacco, Alex | 64430 | | |
| 57 | Irving, Kyle | 92518 | | |
| 58 | DePatto, Jared | 45707 | | |
| 59 | Jenders, Jeffry | 95104 | | |
| 60 | Blair, Kristyn | 97969 | | |
| 61 | Denault, Lauren | 68819 | | |
| 62 | Bossi, Matthew | 6458 | | |
| 63 | Dos Reis, Ideraldo | 84822 | | |
| 64 | Cameron Jr, Napoleon | 51118 | | |
| 65 | Almonte, Jason | 51107 | | |
| 66 | Joseph, Jason | 39430 | | |
| 67 | Nguon, Veasna | 31382 | | |
| 68 | Wright, Prescott | 85339 | | |
| 69 | Dudley, Christopher | 96040 | | |
| 70 | Fournier, Daniel | 62079 | | |
| 71 | Dziadyk, Mark | 5864 | | |
| 72 | Chang, Adam | 77705 | | |
| 73 | Colon, Kizaira | 83706 | | |
| 74 | Ortiz, Yanishka | 28745 | | |
| 75 | Passamonte, Jonathan | 46296 | | |
| 76 | Hing, Chanroeun | 52348 | | |
| 77 | Brevil, Jeffrey | 7230 | | |
| 78 | Joseph, Graeme | 20297 | | |
| 79 | Arroyo-Cintron, Angel | 73870 | | |
| 80 | Oviedo Restrepo, Jose | 76398 | | |
| 81 | Lopez, Amber | 86164 | | |
| 82 | O Dell, Kevin | 68530 | | |
| 83 | Sehjal, Mukesh | 49034 | | |
| 84 | Valentyn, Kathleen | 72338 | | |
| 85 | Norducci, Christopher | 3343 | | |
| 86 | Cepeus, Mackendy | 16822 | | |
| 87 | Holloman, Shauron | 20632 | | |
| 88 | Finley, James | 55191 | | |
| 89 | Golen, Jason | 16762 | | |
| 90 | Barreto, Jose | 45799 | | |
| 91 | Palazolo, Renee | 3718 | | |

## GO Part Time

| # | Name | EID | Bid Seniority | BID TIME |
|---|------|-----|---------------|----------|
| 1 | Flahive, Paul | 32524 | 2/9/2004 | 8:30 |
| 2 | Dorgan, Mark | 48119 | 8/4/2004 | 8:32 |
| 3 | Tong, Sovann | 28899 | 8/18/2004 | 8:34 |
| 4 | Pelevina, Anna | | | |
| 45 | Fincano, Joseph | | | |
| 46 | Gomes, Edward | 30032 | 6/29/2011 | 9:58 |
| 47 | Nova, Kenneth | 62136 | 6/29/2011 | 10:00 |
| 48 | Kelso, Ben | 90705 | | |



◉ LIVE

| | | # | Name | | | | | # | Name |
|---|---|---|---|---|---|---|---|---|---|
| l | 9:28 | 92 | Valdez Negron, Oswaldo | 47073 | 8/5/2015 | 11:02 | | 139 | Flaherty, Brendan |
| 1 | 9:30 | 93 | Cruz, Gilberto | 9459 | 8/5/2015 | 11:04 | | 140 | Pett, Robert |
| 1 | 9:32 | 94 | Ballerini, Diana | 86010 | 8/26/2015 | 11:06 | | 141 | Arey, Jonathan |
| 1 | 9:34 | 95 | Corniel, Rosa | 85840 | 8/26/2015 | 11:08 | | 142 | Ortiz, Ramon |
| 1 | 9:36 | 96 | Gillespie, Odaine | 19901 | 8/26/2015 | 11:10 | | 143 | Godfrey, Latoya |
| 11 | 9:38 | 97 | Cerrato, Anthony | 43452 | 8/26/2015 | 11:12 | | 144 | Sotomayor, Luis |
| 12 | 9:40 | 98 | Rose, Deon | 43579 | 8/26/2015 | 11:14 | | 145 | Whipley Jr, Jason |
| 12 | 9:42 | 99 | Rose, Sherine | 5939 | 9/23/2015 | 11:16 | | 146 | Laboy Prospere, Gerem |
| 12 | 9:44 | 100 | Wideman, Mareese | 39141 | 9/23/2015 | 11:18 | | 147 | Acosta Alcantara, Jose |
| 012 | 9:46 | 101 | Sanchez, Brayner | 44368 | 9/23/2015 | 11:20 | | 148 | Campos, Noemi |
| 012 | 9:48 | 102 | Lara, William | 68166 | 10/7/2015 | 11:22 | | 149 | Awuor, Benson |
| 013 | 9:50 | 103 | Hallett, Anthony | 24947 | 10/21/2015 | 11:24 | | 150 | Gostanian, Nicholas |
| 013 | 9:52 | 104 | Flores, Lilania | 71831 | 10/21/2015 | 11:26 | | 151 | DeJesus, Rey |
| 013 | 9:54 | 105 | Nkutu, Evans | 5934 | 11/4/2015 | 11:28 | | 152 | Joseph, Luson |
| 2013 | 9:56 | 106 | Orlando, Andrea | 2325 | 11/4/2015 | 11:30 | | 153 | Ramirez, Christopher |
| 2013 | 9:58 | 107 | Baron, Serge | 97924 | 11/4/2015 | 11:32 | | 154 | Reed, Zachary |
| 2013 | 10:00 | 108 | Clifton, Xavier | 17439 | 11/4/2015 | 11:34 | | 155 | Hadloul, Abdelkarime |
| 2013 | 10:02 | 109 | Correa, Julia | 58116 | 12/2/2015 | 11:36 | | 156 | McDuffie, Jeffrey |
| 2014 | 10:04 | 110 | Morris, Seth | 28274 | 1/14/2016 | 11:38 | | 157 | Torres, Yan |
| 2014 | 10:06 | 111 | Tappan, Joseph | 15877 | 2/3/2016 | 11:40 | | 158 | Oliveras, Adam |
| 2014 | 10:08 | 112 | Jones, Mounier | 67919 | 2/3/2016 | 11:42 | | 159 | Newson, Alfred |
| 2014 | 10:10 | 113 | Paolini, Anthony | 33115 | 2/3/2016 | 11:44 | | 160 | Dembowski, Richard |
| 1/2014 | 10:12 | 114 | Pupo, Jose | 56976 | 4/6/2016 | 11:46 | | 161 | Smith, Kayon |
| 5/2014 | 10:14 | 115 | Torres, Yeni | 24694 | 4/6/2016 | 11:48 | | 162 | Cuevas, Alba |
| 6/2014 | 10:16 | 116 | Yepes, Robinson | 65024 | 5/4/2016 | 11:50 | | 163 | Reynoso, Carmen |
| 7/2014 | 10:18 | 117 | Lawrence, Shawn | 55213 | 5/4/2016 | 11:52 | | 164 | Davis, Daniel |
| 29/2014 | 10:20 | 118 | Manning, Patrick | 20032 | 5/18/2016 | 11:54 | | 165 | David, Denzel |
| 12/2014 | 10:22 | 119 | Sweeney, Reardan | 73010 | 6/8/2016 | 11:56 | | 166 | Collado, Kevin |
| 12/2014 | 10:24 | 120 | Diroche, Duberto | 18429 | 6/22/2016 | 11:58 | | 167 | Nguyen, Andrew |
| 7/2015 | 10:26 | 121 | Peterson, William R | 8788 | 7/20/2016 | 12:00 | | 168 | Velásquez, Santiago |
| 4/2015 | 10:28 | 122 | Nicholson, Jayson | 23757 | 7/20/2016 | 12:02 | | 169 | Davis Jr, Samuel |
| 4/2015 | 10:30 | 123 | Dominguez, Israilda | 38657 | 9/14/2016 | 12:04 | | 170 | Mclaughlin, John |
| 4/2015 | 10:32 | 124 | Donofrio, Michael | 73915 | 9/14/2016 | 12:06 | | 171 | White, Jeremy M |
| 18/2015 | 10:34 | 125 | Ortiz, Frederico | 46862 | 9/14/2016 | 12:08 | | 172 | Campbell, Paul |
| 29/2015 | 10:36 | 126 | Amaro, Victor | 77076 | 10/19/2016 | 12:10 | | 173 | Ortiz, Hector M |
| 27/2015 | 10:38 | 127 | Ramos Calderon, Alan | 13441 | 10/19/2016 | 12:12 | | 174 | Saah, Abdullarim |
| 5/27/2015 | 10:40 | 128 | Chanthavong, Corey | 70211 | 10/19/2016 | 12:14 | | 175 | Ovalle, Joshua |
| 5/27/2015 | 10:42 | 129 | Sampene, Akua | 3514 | 11/2/2016 | 12:16 | | 176 | Nguyen, Ky |
| 6/10/2015 | 10:44 | 130 | Morgione, Daniel | 34676 | 11/16/2016 | 12:18 | | 177 | Robinson, George |
| 6/24/2015 | 10:46 | 131 | Marcano, Bryan | 43048 | 11/16/2016 | 12:20 | | 178 | Coleman, Brendan |
| 7/8/2015 | 10:48 | 132 | Rodriguez, Mirna | 53997 | 11/30/2016 | 12:22 | | 179 | Vargas, Katheryn |
| 7/22/2015 | 10:50 | 133 | Paula Cabral, Esteban | 91082 | 11/30/2016 | 12:24 | | 180 | Ballo, Kodjo |
| 7/22/2015 | 10:52 | 134 | Davenport, Tyler | 46426 | 11/30/2016 | 12:26 | | 181 | Singleton, Krystal |
| 8/5/2015 | 10:54 | 135 | Payano, Denise | 22553 | 1/4/2017 | 12:28 | | 182 | Gordon, Justin |
| 8/5/2015 | 10:56 | 136 | Urena, Jose | 79351 | 1/4/2017 | 12:30 | | 183 | Garcia, Julian |
| 8/5/2015 | 10:58 | 137 | Godin, Robert | 38576 | 1/4/2017 | 12:32 | | 184 | Liuzauid, Stephane |
| 8/5/2015 | 11:00 | 138 | LaCure, Edward | 28722 | 1/18/2017 | 12:34 | | 185 | Quan King, Damian |

# Exhibit J

From: Serge Baron 
Re: Airports Blue Book Supplement Chapter 9...     Hide
To: Lori Owen
July 18, 2018 at 3:13 PM

I can't give you an answer by 5pm when you call me at 2:55pm EST.. I have to speak to my family first to arrange things first.. I was under the impression I was returning to the position I was in before I left. The blue book said something about a return to work form where is that form please? It's a 21 day notice to when the bid start please send that as well because I didn't receive that.

Thanks

Sent from my iPhone

See Mo...                                          ↩

Found in sergebaron1985@gmail.com Inbox          🗀

From: Lori Owen 
RE: Airports Blue Book Supplement Chapter 9...     Hide
To: Serge Baron    Serge Baron
July 18, 2018 at 3:28 PM

Hi Serge, here in Boston we generally have between 3-4 shift bids per year. Per policy we will conduct these bids at least 21 days in advance for Active Crewmembers. I have attached the return to work form, however your doctor note that was sent last

        

From: Lori Owen 
RE: Airports Blue Book Supplement Chapter 9...    Hide
To: Serge Baron    Serge Baron
July 18, 2018 at 3:28 PM

Hi Serge, here in Boston we generally have between 3-4 shift bids per year. Per policy we will conduct these bids at least 21 days in advance for Active Crewmembers. I have attached the return to work form, however your doctor note that was sent last Friday, 7/13 allows you to return with no restriction and no form is necessary. Please speak with your family to arrange things and get back to us no later than 10am tomorrow with your bid line selection to start, 7/19.

pdf

Restrictions...itations.pdf
589 KB

See More from Serge Baron 

Found in sergebaron1985@gmail.com Sent Mailbox 

**Serge Baron**       7/18/18 
To: Lori.Owen@jetblue.com    Details

Hello Laurie, I wasn't terminated so I should been apart of that bid because I'm still an active JetBlue crewmember (employee) so I don't understand why I

    

# Exhibit L

 Gmail                                          Serge Baron <sergebaron1985@gmail.com>

## Unexpected meeting today 8.1.18 with Jessica
3 messages

**Serge Baron** <sergebaron1985@gmail.com>                                    Wed, Aug 1, 2018 at 5:09 PM
To: Jessica.Alvarez@jetblue.com
Cc: Kendrick Thompson <kendrick.thompson@jetblue.com>, michael.fiske@jetblue.com

Jessica,

For further reference any conversation you want to have with me let's do it over email. If it's a face to face meeting I would like to have someone there from my end as witness just as you did today with Kendrick. Today's meeting I found completely unprofessional to blind side me with the line of questions you was asking. This is the 2nd time JetBlue as a whole question me about my hobby which I found to be none of jetBlues business. If jetBlue continue to harassed me about my personal life that has nothing to do with JetBlue I will be filing another complaint against for hostile work environment. I don't bother JetBlue and I don't want JetBlue to bothering me. You made my returning to work an unwelcoming experience. You want me to write a statement without me having any type of witness to corroborate my story whiling you had one the room. If you seen my Friday and Saturday call out why couldn't you see my Sunday call out because you didn't see me partying on those days. Like you said it's public information you didn't have anything to corroborate my Friday and Saturday call outs. Now you trying to say I didn't call out for Sunday. Let's keep our level of communication via email because I don't want words to be confuse and you say you never this you never said that. Just for mutual respect between myself and JetBlue.

Thanks

Serge

**Did my health benefits get re-instated?

Sent from my iPhone

**Baron, Serge** <Serge.Baron@jetblue.com>                                    Thu, Aug 2, 2018 at 4:52 PM
To: "sergebaron1985@gmail.com" <sergebaron1985@gmail.com>

Sent from my iPhone

Begin forwarded message:

From: "Alvarez, Jessica" <Jessica.Alvarez@jetblue.com<mailto:Jessica.Alvarez@jetblue.com>>
Date: August 2, 2018 at 11:31:51 AM EDT
To: "Baron, Serge" <Serge.Baron@jetblue.com<mailto:Serge.Baron@jetblue.com>>
Subject: FW: Unexpected meeting today 8.1.18 with Jessica

Serge,

I double checked with the Benefits team and they confirmed that your medical benefits are active.

Thank you.

# Exhibit K





**From: Serge Baron**                                    
Re: Airports Blue Book Supplement Chapter 9...      Hide
To: Lori Owen
July 18, 2018 at 3:47 PM

Hello Laurie, I wasn't terminated so I should been apart of that bid because I'm still an active JetBlue crewmember, (employee) so I don't understand why I would be left out of a bid I'm suppose to be apart of. 21 days in advance I could of still bid from my roster app so it's not making sense to me. That the position and schedule I was there prior to Friday May 4th,2018 I'm not returning back too.

Sent from my iPhone

See More from Lori.Owen@jetblue.com                

Found in sergebaron1985@gmail.com Inbox

**Lori Owen**                          7/18/18          
To: Serge Baron                        Details

Hi Serge, you were out on a leave of absence which places you in inactive status you were never terminated just on a leave.  Please call to discuss further at <u>617-716-3530</u>.

See More from Serge Baron                          

Found in sergebaron1985@gmail.com Sent Mailbox

                

 Gmail

Serge Baron <sergebaron1985@gmail.com>

## Baron/97924 - New Document(s) Regarding your Case Filed with Sedgwick

**Sedgwick** <JetBlue@sedgwickcms.com>
To: Serge Baron <sergebaron1985@gmail.com>

Wed, Jun 13, 2018 at 3:52 PM

Good Afternoon Serge:

This is a letter that states you have used 10 weeks of the 12 weeks available for Family and Medical Leave. You have been approved through August 18, 2018.

I hope that this helps.

## Kathleen M. C. Reiners

Kathleen M.C. Reiners

Leave of Absence Representative, C.M.L.S.

Sedgwick

Tel: 1-844-341-8632

Fax: 1-844-282-7036

www.jetblue@sedgwick.com

The leader in innovative claims and productivity management solutions

**From:** Serge Baron [mailto:sergebaron1985@gmail.com]
**Sent:** Wednesday, June 13, 2018 2:47 PM
**To:** Sedgwick

# Exhibit M

Sedgwick
PO BOX 14454
Lexington, KY 40512-4454



sedgwick.

jetBlue | **BlueBenefits**

**Phone:** (844) 341-8632
**Fax:** (844) 282-7036
**Web** http://claimlookup.com/JetBlue
**Email:** claiminfo@sedgwick.com

June 13, 2018

Serge Baron
52 Connell Drive
Stoughton, MA 02072

RE:    **JetBlue**
       **10 weeks of FMLA**
       **Case Number: 301787638560001IFN**

Hello Serge Baron:

You have reached out to us requesting a leave of absence. Sedgwick is JetBlue's administrator for leaves of absence such as Short Term Disability (STD), Family and Medical Leave Act (FMLA), and leaves of absence required by state law. After reviewing your request and the documents submitted, your FMLA has been approved from October 11, 2017 through August 18, 2018.

According to our records you have used approximately ten (10) weeks of FMLA as of the date of this letter. Please note your FMLA leave cannot exceed twelve (12) work weeks during any rolling twelve month period. If you use all of the FMLA time for which you are eligible and anticipate a need for further leave, please contact your manager/location to discuss further options.

**We are here to help!**

BlueCarpet is a FREE service that puts you and your family in touch with health advocates and nurses who can help with a wide variety of healthcare needs, including managing your health and achieving your personal wellness goals. Visit lifeisbetterinblue.com/bluecarpet to learn more and call 1-866-529-1675 to speak with a nurse.

**viaOne** is Sedgwick's interactive and automated claims tracking system. Information regarding the status of your leave request can be obtained 24 hours a day, 7 days a week by calling (844) 341-8632 or visiting https://claimlookup.com/JetBlue. If you have questions, require additional information, or experience a change in your circumstances, please call us Monday through Friday 8:00 a.m. - 9:30 p.m. Eastern Time.

Sincerely,

Kathleen Reiners
LOA Representative



 Gmail                                                    Serge Baron <sergebaron1985@gmail.com>

## I feel uncomfortable and I feel I'm not being respected (Saturday August 4th 2018 9:17pm EST)
1 message

**Serge Baron** <sergebaron1985@gmail.com>                                    Sat, Aug 4, 2018 at 9:18 PM
To: Kendrick Thompson <kendrick.thompson@jetblue.com>

Dear Kendrick,

Hope all is well. My time at the company has been good one so far, but now this problem has crept up, Jessica threaten to disrupt my otherwise peaceful time at the company. This letter is regarding the behavior of Jessica Alvarez. The meeting on Wednesday August 1st,2018, Jessica for some reason of her own, She has singled me out to harass. I am here to fulfill jetBlue duties to the best of my abilities and not once have I let my personal life interfere with that.

Jessica going dig up where I was at is a complete violation and STALKER-ish. I have file a police report because I don't feel safe, I don't care if she a woman. I want her to stay from away from me. The work environment has become hostile. This is not the first time I have ask all communication to be strictly email format but on Wednesday she choose to violate my request. Now I don't want any form of communications with her and I hope she can respect that.

I have invested a good three years of my life, and would be heart-broken to leave this place. I have faith that you and the higher ups in jetBlue will help me sort out this issue with Jessica, and we may be able to find a way to co-exist.

Sincere Regards,

Serge Baron

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To: **Serge R. Baron**
**489 Battles Farm Drive**
**Brockton, MA 02301**

From: **Boston Area Office**
John F. Kennedy Fed Bldg
Government Ctr, Room 475
Boston, MA 02203

| | On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a)) |
|---|---|

| EEOC Charge No | EEOC Representative | Telephone No |
|---|---|---|
| 16C-2018-02131 | **Amon L. Kinsey, Jr.,** **Supervisory Investigator** | (617) 565-3189 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

[ ]  The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]  Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ]  The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ]  Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[ ]  The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[X]  The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]  Other (briefly state)

### - NOTICE OF SUIT RIGHTS -

(See the additional information attached to this form.)

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*Feng An, Kenneth*

JUL 3 0 2018

Enclosures(s)

**Feng K. An,**
**Area Office Director**

(Date Mailed)

cc:

**JETBLUE**
**300 Terminal C**
**Boston, MA 02128**

# INFORMATION RELATED TO FILING SUIT
# UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court <u>under Federal law</u>.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other*
*provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS    --    Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA),**
**the Genetic Information Nondiscrimination Act (GINA), or the Age**
**Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge <u>within</u> <u>90 days</u> of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was** *mailed* **to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Courts often require that a copy of your charge must be attached to the complaint you file in court. If so, you should remove your birth date from the charge. Some courts will not accept your complaint where the charge includes a date of birth. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

## PRIVATE SUIT RIGHTS    --    Equal Pay Act (EPA):

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred <u>more than 2 years (3 years)</u> before you file suit may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit <u>before 7/1/10</u> – not 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice <u>and</u> within the 2- or 3-year EPA back pay recovery period.

## ATTORNEY REPRESENTATION    --    Title VII, the ADA or GINA:

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do <u>not</u> relieve you of the requirement to bring suit within 90 days.

## ATTORNEY REFERRAL AND EEOC ASSISTANCE    --    All Statutes:

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request <u>within 6 months</u> of this Notice.** (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

# FACTS ABOUT FILING AN EMPLOYMENT DISCRIMINATION SUIT IN FEDERAL COURT IN THE STATE OF MASSACHUSETTS

You have received a document which is the final determination or other final action of the Commission. This ends our handling of your charge. The Commission's action is effective upon receipt. Now, you must decide whether you want to file a private lawsuit in court. This fact sheet answers several commonly asked questions about filing a lawsuit.

## WHERE SHOULD I FILE MY LAWSUIT?

Federal District Courts have strict rules concerning where you may file a suit. You may file a lawsuit against the respondent (employer, union, or employment agency) named in your charge. The appropriate court is the district court which covers either the county where the respondent is located or the county where the alleged act of discrimination occurred. A lawsuit can be filed at the following U.S. District Court locations in Massachusetts:

- The United States District Courts for the District of Massachusetts are located at:

    o The John Joseph Moakley U.S. Courthouse, 1 Courthouse Way, Suite 2300, Boston, MA 02210 or by contacting the Clerk of Court Office at (617) 748-9152
    o Donohue Federal Building & Courthouse, 595 Main Street, Room 502, Worcester, MA 01608 or by contacting the Clerk of Court Office at (508) 929-9000
    o Federal Building & Courthouse, 1550 Main Street, Springfield, MA 01103 or by contacting the Clerk of Court Office at (413) 785-0214

## WHEN MUST I FILE MY LAWSUIT?

Your private lawsuit must be filed in U.S. District Court within <u>90 days</u> of the date you receive the enclosed final action. Once this 90 day period is over, unless you have filed suit, you will have lost your right to sue.

## DO I NEED A LAWYER?

No, you do not need a lawyer to file a private suit. You may file a complaint in federal court without a lawyer which is called a *pro se* complaint. Every district court has either a clerk or staff attorney who can assist you in filing *pro se*. To find out how to file a *pro se* complaint, contact the clerk of the court having jurisdiction over your case who can advise you of the appropriate person to assist you and of the procedures to follow, which may vary from district to district.

You may, however, wish to retain a lawyer in order to adequately protect your legal rights. Whether you retain a private attorney, or file *pro se*, you must file your suit in the appropriate court within 90 days of receiving this mailing.

## WHAT IF I WANT A LAWYER BUT CAN'T AFFORD ONE?

If you can't afford a lawyer the U.S. District Court which has jurisdiction may assist you in obtaining a lawyer. You should consult with the office of the district court that assists *pro se* complainants for specific instructions on how to seek counsel.

Generally, the U.S. District Court charges a $350.00 filing fee to commence a lawsuit. However the court may waive the filing fee if you cannot afford to pay it. You should ask the office of the District Court that assists *pro se* complainants for information concerning the necessary procedure to request that the filing fee be waived.

## HOW CAN I FIND A LAWYER?

These are several attorney referral services operated by bar or other attorney organizations which may be of assistance to you in finding a lawyer to assist you in ascertaining and asserting your legal rights:

| | |
|---|---|
| American Bar Association | (312) 988-5522 |
| The Massachusetts State Bar Association | (617) 338-0500 |
| National Employment Lawyers Association Referral Service | (212) 819-9450 |

Your County, City of Municipal Lawyers or Bar Association may also be of assistance.

## HOW LONG WILL THE EEOC RETAIN MY CASE FILE?

Generally, the Commission's rules call for your charge to be destroyed after 2 years from the date of a no cause determination or six months after other types of final actions. If you file a suit, and wish us to retain your file for more than the normal retention period, you or your attorney should forward a copy of your court complaint to this office within 10 days after you file suit. IF YOU FILE SUIT, YOU OR YOUR ATTORNEY SHOULD ALSO NOTIFY THIS OFFICE WHEN THE LAWSUIT IS RESOLVED.

EEOC
Boston Area Office
JFK Federal Building, Room 475
15 New Sudbury Street
Boston, MA 02203



U.S. POSTAGE >> PITNEY BOWES

ZIP 02203 $ 000.50⁰
02 4W
0000361772 JUL 31 2019

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

O230i$222B C074